IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONALD E. HENRY**                                                                           **PLAINTIFF**

**v.**                        **Case No. 4:17-cv-00339-KGB**

**SECRETARY OF NAVY;**
**DEPARTMENT OF VETERAN AFFAIRS**                                 **DEFENDANT**

## ORDER

For the following reasons, the Court dismisses without prejudice plaintiff Ronald E. Henry's complaint (Dkt. No. 2). In its August 24, 2017, Order, the Court directed Mr. Henry to file an amended complaint within 30 days of the entry of that Order (Dkt. No. 4, at 4). Mr. Henry has not responded to the Court's Order, and more than 30 days have passed since the Court entered that Order and since that Order was mailed to Mr. Henry's current address. Pursuant to Local Rule 5.5(c)(2) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Court dismisses without prejudice this case for failure to prosecute. If, upon receipt of this Order, Mr. Henry wishes to file a motion to request that the Court reconsider its dismissal of this action for good cause, he may do so.

So ordered this the 10th day of May, 2019.

                                                                     Kristine G. Baker
                                                                     United States District Judge