IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD E. HENRY                                                               PLAINTIFF

v.                            Case No. 4:17-cv-00339-KGB

SECRETARY OF NAVY;
DEPARTMENT OF VETERAN AFFAIRS                                  DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, it his hereby ordered that plaintiff Ronald E. Henry's complaint is dismissed without prejudice for failure to prosecute.

So adjudged this 10th day of May, 2019.

_____
Kristine G. Baker
United States District Judge